UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

ROBERT DALE HUBERT and
PATRICIA HUBERT,                              Case No. 15-cv-00617-SMY-DGW

   Plaintiffs,

v.

A.W. CHESTERTON CO., ET AL.,

   Defendants.

## PLAINTIFFS' MOTION FOR DISMISSAL AS TO ALL REMAINING DEFENDANTS

Plaintiffs file this Motion for Dismissal under Federal Rule of Civil Procedure 41(a)(2). Plaintiffs request the dismissal of ALL REMAINING DEFENDANTS without prejudice.

### I.  Introduction

Plaintiffs brought this case in state court in Illinois. The case was removed to federal court. On or about April 11, 2014, the court denied Plaintiffs' motion to remand.

### II. Motion to Dismiss

Plaintiff moves to dismiss this suit against ALL REMAINING DEFENDANTS.

This case is not a class action and a receiver has not been appointed in this case. Plaintiff has not previously dismissed an action based on or including the same claims as those presented in this suit against ALL REMAINING DEFENDANTS.

This dismissal is without prejudice to the refiling of the same.  This dismissal applies to ALL REMAINING DEFENDANTS.

### III. Prayer

For these reasons, Plaintiff prays that the Motion to Dismiss be granted and that ALL REMAINING DEFENDANTS be dismissed without prejudice.

Respectfully submitted,

SHRADER & ASSOCIATES, L.L.P.

Dated: July 17, 2015                    By: /s/ ALLYSON M. ROMANI
                                        Allyson M. Romani
                                        IL Bar # 06283868
                                        22A Ginger Creek Parkway
                                        Glen Carbon, IL 62034
                                        (618) 977-5048
                                        (713) 571-9605 Facsimile

                                        ATTORNEYS FOR PLAINTIFF

### CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2015, I electronically filed the foregoing and all referenced exhibits with the Clerk of the Court using the CM/ECF system.

                                        /s/ ALLYSON M. ROMANI
                                        Allyson M. Romani

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

**ROBERT DALE HUBERT and**
**PATRICIA HUBERT,**                                  Case No. 15-cv-00617-SMY-DGW

      **Plaintiffs,**

v.

**A.W. CHESTERTON CO., ET AL.,**

      **Defendants.**

## ORDER

Pursuant to the Motion for Voluntary Dismissal, IT IS HEREBY ORDERED that Plaintiffs' actions and claims against ALL REMAINING DEFENDANTS, are dismissed without prejudice, each party to bear its own costs.

DATED: _____          ENTER: _____
                                                                                                   JUDGE