IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT DALE HUBERT and PATRICIA HUBERT,<br><br>             Plaintiffs,<br><br>     vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>             Defendants. | Case No. 15-cv-617-SMY-DGW |

## ORDER DISMISSING CASE

Plaintiff has filed a Motion for Dismissal as to All Remaining Defendants (Doc. 200) pursuant to Federal Rule of Civil Procedure 41(a)(2).  No defendant responded in opposition to the Motion.  Accordingly, the Court GRANTS the Motion and DISMISSES this case without prejudice.  All pending motions are DENIED as MOOT.

**IT IS SO ORDERED**.

**DATED:  August 26, 2015**

/s/  Staci M. Yandle
**STACI M. YANDLE**
**DISTRICT JUDGE**